**DISMISS; and Opinion Filed May 2, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01276-CV**

**STEVEN WELLS, Appellant**
**V.**
**GLEN DALE MOTOR CO. AND TOMSIC MOTOR CO., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03265**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

By letter dated March 29, 2013, the Court questioned its jurisdiction over this appeal. Specifically, it appears the notice of appeal was untimely. We instructed appellant to file a jurisdictional brief, within ten days of the date of the letter, with an opportunity for appellee to respond. As of today's date, appellant has not filed a jurisdictional brief.

Appellant is appealing a foreign judgment. The filing of a foreign judgment is in the nature of both a plaintiff's original petition and a final judgment. *See Moncrief v. Harvey*, 805 S.W.2d 20, 22 (Tex. App.—Dallas 1991, no writ). The appellate timetable starts running on the date the foreign judgment is filed. *See id*. at 24. In the absence of a timely filed post-judgment motion extending the timetable, the notice of appeal is due thirty days after the foreign judgment is filed. *See* TEX. R. APP. P. 26.1. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Appellees filed the foreign judgment in the trial court on March 22, 2012. Appellant filed a motion to vacate the judgment on June 13, 2012. In that motion, appellant cited to Rule of Civil Procedure 306a and asserted that he did not receive notice of the judgment until May 24, 2012. *See* TEX. R. CIV. P. 306a. Attached to appellant's motion was his affidavit attesting to the factual allegations. On July 20, 2012, the trial court denied the motion to vacate. In its order, the trial court did not make the required finding of the date when appellant or his counsel first received notice or acquired actual knowledge that the foreign judgment was filed. *See* TEX. R. APP. P. 4.2(c). Thus, on the record before this Court, the notice of appeal was due on April 21, 2012, thirty days after the foreign judgment was filed. *See* TEX. R. APP. P. 26.1. Appellant filed his notice of appeal on August 15, 2012. Because the notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

121276F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

STEVEN WELLS, Appellant

No. 05-12-01276-CV　　　V.

GLEN DALE MOTOR CO. AND TOMSIC
MOTOR CO., Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-03265.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, GLEN DALE MOTOR CO. and TOMSIC MOTOR CO., recover their costs of this appeal from appellant, STEVEN WELLS.

Judgment entered this 2nd day of May, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE